(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois**<br>**Eastern Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Connard, Ralph Eugene** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Connard, Kerri Lisa** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**5065** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**6036** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**208 Devlin Rd.**<br>**Ingleside, IL  60041** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**208 Devlin Rd.**<br>**Ingleside, IL  60041** |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business:   **Lake** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 7       ☐ Chapter 11       ☑ Chapter 13 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9       ☐ Chapter 12 | |
| ☐ Other _____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☐ | 50-99<br>☐ | 100-199<br>☑ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

Estimated Debts

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

(Official Form 1) (12/03)  **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Ralph Eugene Connard, Kerri Lisa Connard** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Ralph Eugene Connard**
Signature of Debtor

X **s/ Kerri Lisa Connard**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/22/2005**
Date

### Signature of Attorney

X **s/DanielKRobin**
Signature of Attorney for Debtor(s)

**Daniel K. Robin,  2354705**
Printed Name of Attorney for Debtor(s) / Bar No.

**Daniel K. Robin Ltd.**
Firm Name

**121 S. Wilke Rd. #201  Arlington Heights IL 60005**
Address

**847-670-9100**          **847-398-8377**
Telephone Number
**9/22/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **s/DanielKRobin**          **9/22/2005**
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No.

Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 219.000.00 | | |
| B - Personal Property | YES | 3 | $ 1,604.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 214.000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 34 | | $ 74.609.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,675.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,010.00 |
| Total Number of sheets in ALL Schedules ➢ | | 46 | | | |
| Total Assets ➢ | | | $ 220,604.00 | | |
| Total Liabilities ➢ | | | | $ 288,609.31 | |

FORM B6A
(6/90)

In re:  **Ralph Eugene Connard**                    **Kerri Lisa Connard**            .        Case No. _____

.................................**Debtor**.................................                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **208 Devlin Rd, Ingleside** | **Fee Owner** | **J** | **$ 219,000.00** | **$ 214,000.00** |
| | Total ➢ | | **$ 219,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**              Case No. _____
            Debtor                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | nominal cash | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking 5th 3rd | J | 1.00 |
| | | checking 5th 3rd | H | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | misc furniture furnishings and electronics | J | 450.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | J | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 firearms | H | 700.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | life term policy | W | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IMRF | H | 1.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re  **Ralph Eugene Connard**　　　　　　　**Kerri Lisa Connard**　　　·　　Case No. _____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Sierra** | J | 1.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

FORM B6B
(10/89)

In re **Ralph Eugene Connard**                **Kerri Lisa Connard**          '     Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>2</u>   continuation sheets attached          Total  ˃        **$  1,604.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

**In re**  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    , **Case No.** _____
                    Debtor.                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).   **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2 firearms** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **208 Devlin Rd, Ingleside** | **735 ILCS 5/12-901** | **5,000.00** | **219,000.00** |
| **checking 5th 3rd** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **clothing** | **735 ILCS 5/12-1001(a),(e)** | **300.00** | **300.00** |
| **IMRF** | **735 ILCS 5/12-704** | **1.00** | **1.00** |
| **misc furniture furnishings and electronics** | **735 ILCS 5/12-1001(b)** | **450.00** | **450.00** |

FORM B6D
(12/03)

In re: **Ralph Eugene Connard**          **Kerri Lisa Connard**          , Case No. _____
_____Debtor_____                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **005 0954114** <br><br> **Duetsche Bank** <br> **c/o Ira T. Nevel** <br> **175 N. Franklin St. #201** <br> **Chicago, IL  60606** | | | **Mortgage** <br> **208 Devlin Rd, Ingleside** <br><br> **VALUE $219,000.00** | | | | 214,000.00 | 0.00 |

<u>0</u> Continuation sheets attached

|  |  |
|---|---|
| **Subtotal**      ➤ <br> (Total of this page) | **$214,000.00** |
| **Total**      ➤ <br> (Use only on last page) | **$214,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re **Ralph Eugene Connard**        **Kerri Lisa Connard**      Case No. _____

          Debtor                                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    ,    Case No.

_____Debtor_____                                                                                    _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

**Total** ➤
**(Use only on last page of the completed Schedule E.)**

(Report total also on Summary of Schedules)

| | |
|---|---|
| | **$0.00** |
| | **$0.00** |

Form B6F (12/03)

In re  **Ralph Eugene Connard** _____ **Kerri Lisa Connard** _____ . Case No. _____
_____Debtor_____                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO.  **60306926** <br><br> **Advocate Good Shepherd** <br> **c/o NCO Financial Systems, Inc.** <br> **P.O. Box 41417  Dept. 99** <br> **Philadelphia PA  19101** | | W | services | | | | 16.64 |
| ACCOUNT NO.  **604248351** <br><br> **Advocate Good Shepherd** <br> **c/o NCO Financial Systems, Inc.** <br> **P.O. Box 41417  Dept 99** <br> **Philadelphia PA  19101** | | W | services | | | | 29.23 |
| ACCOUNT NO.  **20MU6V** <br><br> **Advocate Good Shepherd** <br> **c/o NCO Financial Systems, Inc.** <br> **507 Prudential Rd.** <br> **Horsham PA  19044** | | W | services | | | | 485.74 |
| ACCOUNT NO.  **911ZB5** <br><br> **Advocate Good Shepherd** <br> **c/o NCO Financial Systems, Inc.** <br> **P.O. Box 41417  Dept. 99** <br> **Philadelphia PA  19101** | | W | services | | | | 17.30 |

_33_   Continuation sheets attached

Subtotal  ➤    | $548.91

Total  ➤

Form B6F - Cont.
(12/03)

In re __**Ralph Eugene Connard**_____ __**Kerri Lisa Connard**_____ Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **85DB37**<br><br>**Advocate Good Shepherd<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 41417  Dept. 99<br>Philadelphia PA  19101** | | W | services | | | | 35.00 |
| ACCOUNT NO.   **602300998**<br><br>**Advocate Good Shepherd<br>c/o NCO Financial Ssytems, Inc.<br>P.O. Box 41417  Dept 99<br>Philadelphia PA  19101** | | W | services | | | | 22.83 |
| ACCOUNT NO.   **354338**<br><br>**Advocate Medical Center<br>c/o Malcolm S. Gerald & Associates<br>332 S. Michigan Ave., Suite 600<br>Chicago IL  60604** | | W | services | | | | 124.28 |
| ACCOUNT NO.   **354338**<br><br>**Advocate Medical Group<br>c/o Malcolm S. Gerald & Assoc.<br>332 S. Michigan Ave. Suite 600<br>Chicago IL  60604** | | | services | | | | 403.48 |
| ACCOUNT NO.   **2959432**<br><br>**Advocate Meidcal Center<br>c/o Malcolm S. Gerald & Associates<br>332 S. Michigan Ave., Suite 600<br>Chicago IL  60604** | | W | services | | | | 56.99 |

Sheet no. _1_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)      **$642.58**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**          **Kerri Lisa Connard**          .   Case No. _____
      Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **B0214800002** | | **W** | | | | | **150.00** |
| **Alexian Bros Behavioral Health Hosp c/o Pellettieri & Associates 991 Oak Creek Dr. Lombard IL  60148-6408** | | | services | | | | |
| ACCOUNT NO.  **5866556** | | **W** | | | | | **297.13** |
| **Alexian Brothers Medical Center c/o Illinois Collection Service P.O. Box 646 Oak Lawn IL  60454-0646** | | | services | | | | |
| ACCOUNT NO.  **CONRA000** | | **H** | | | | | **300.00** |
| **Amina M. Rahim, MD P.O. Box 958722 Hoffman Estates IL  60195-8722** | | | services | | | | |
| ACCOUNT NO.  **11148** | | **H** | | | | | **113.44** |
| **Antioch Clinic 707 Main St. Antioch IL  60002** | | | services | | | | |
| ACCOUNT NO.  **13801** | | **W** | | | | | **183.57** |
| **Antioch Clinic, L.L.C. 707 N. Main St. Antioch IL  60002** | | | services | | | | |

Sheet no.  2  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤ 
(Total of this page)

Total ➤ 
**(Use only on last page of the completed Schedule F.)**

| $1,044.14 |
|---|
|  |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**                    **Kerri Lisa Connard**        .   Case No. _____
_____ Debtor _____                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0640ABY772** <br><br> **Apria Healthcare** <br> **P.O. Box 1170** <br> **Fairfax VA  22030** <br> **Chandler AZ  85244-2455** | | **H** | services | | | | 153.85 |
| ACCOUNT NO.   **W1985548** <br><br> **Apria Healthcare** <br> **8120 S. Madison** <br> **Burr Ridge IL  60521-9487** | | **H** | services | | | | 65.90 |
| ACCOUNT NO.   **00321008** <br><br> **Apria Healthcare Inc** <br> **P.O. Box 1344** <br> **Chicago IL  60677** | | **W** | services | | | | 353.22 |
| ACCOUNT NO.   **00ZB5451** <br><br> **Apria Healthcare, Inc.** <br> **1130 Reliable Parkway** <br> **Chicago IL  60686** | | **W** | services | | | | 480.00 |
| ACCOUNT NO.   **1025CON0D0** <br><br> **Apria Roscoe** <br> **c/o Capital Recovery Service, LLC** <br> **P.O. Box 1170** <br> **Fairfax VA  22030** | | **H** | services | | | | 545.40 |

Sheet no. _3_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | $1,598.37 |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No. _____

　　　　Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **17-2972740** | | H | | | | | **72.00** |
| **Associated Radiologists, Ltd** **515 Busse Hwy., Suite 150** **Park Ridge IL  60068-3143** | | | services | | | | |
| ACCOUNT NO.  **5870847** | | W | | | | | **181.47** |
| **AT&T Bundled** **c/o OSI Collection Services, Inc.** **P.O. Box 933** **Brookfield WI  53008-0933** | | | consumer | | | | |
| ACCOUNT NO.  **330385065** | | H | | | | | **165.70** |
| **A-Tec Ambulance, Inc.** **2404 Milliennium Dr.** **Elgin IL  60123** | | | services | | | | |
| ACCOUNT NO.  **03962** | | W | | | | | **717.50** |
| **Bruce C. Teipel, D.D.S.** **Cedar View Professional Plaza** **95 W. Grand Ave.** **Lake Villa IL  60046** | | | services | | | | |
| ACCOUNT NO.  **48034** | | W | | | | | **289.00** |
| **Caring Family S.C.** **1175 Devin Dr., Suite 128** **Norton Shores MI  49441** **Schaumburg IL  60193-4427** | | | services | | | | |

Sheet no. _4_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$1,425.67**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .   Case No. _____
　　　　　　　　Debtor                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **127**<br><br>**Castle Gardens Landscaping**<br>**31776 N. Hwy 12**<br>**Volo IL  60073** | | H | consumer | | | | 1,090.41 |
| ACCOUNT NO.  **0207100319-B**<br><br>**Centegra Health Care**<br>**c/o Pellettieri and Associates, P.C.**<br>**991 Oak Creek Dr.**<br>**Lombard IL  60148-6408** | | W | services | | | | 203.16 |
| ACCOUNT NO.  **B0103600142**<br><br>**Centegra Health System**<br>**c/o Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | | services | | | | 1,517.00 |
| ACCOUNT NO.  **B0130500306**<br><br>**Centegra Health System**<br>**c/o Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | | services | | | | 808.00 |
| ACCOUNT NO.  **00310613**<br><br>**Centegra Helath Systems**<br>**c/o Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 121.20 |

Sheet no. _5_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| $3,739.77 |
|---|
| |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**                    **Kerri Lisa Connard**                  .  Case No. _____
                        Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B0106100126**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 1,358.00 |
| ACCOUNT NO. **B0314100233**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | W | services | | | | 5,891.45 |
| ACCOUNT NO. **B0026900160**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 339.50 |
| ACCOUNT NO. **B0011200189**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 313.75 |
| ACCOUNT NO. **B0033600535**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 727.50 |

Sheet no.  6  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤
(Total of this page)

**$8,630.20**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re    **Ralph Eugene Connard**                    **Kerri Lisa Connard**                .    Case No. _____
                    Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **B0121300303** <br><br> **Centegra Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL  60098** | | H | services | | | | **484.80** |
| ACCOUNT NO.    **B0015300934** <br><br> **Centegra Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL  60098** | | H | services | | | | **3,072.50** |
| ACCOUNT NO.    **B0012900055** <br><br> **Centegra Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL  60098** | | H | services | | | | **1,455.60** |
| ACCOUNT NO.    **B0100100121** <br><br> **Centegra Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL  60098** | | H | services | | | | **1,600.50** |
| ACCOUNT NO.    **B0027501234** <br><br> **Centegra Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL  60098** | | H | services | | | | **1,455.00** |

Sheet no.  7  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$8,068.40**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**            **Kerri Lisa Connard**         .  Case No. _____
        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B0133500290** <br><br>**Centegra Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | **727.20** |
| ACCOUNT NO. **B0200300148** <br><br>**Centegra Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | **727.20** |
| ACCOUNT NO. **B0124400298** <br><br>**Centegra Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | **727.20** |
| ACCOUNT NO. **B0127400310** <br><br>**Centegra Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | 646.40 |
| ACCOUNT NO. **B0324000314** <br><br>**Centegra Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | 95.15 |

Sheet no.  8  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal ➤
(Total of this page)                                   **$2,923.15**

                  Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                **Kerri Lisa Connard**                .   Case No. _____
               Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **B0118200315**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 1,164.80 |
| ACCOUNT NO.  **B0516000390**<br>**Centegra Northern IL Medical Center**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 1,681.59 |
| ACCOUNT NO.  **B0018300566**<br>**Centegra Northern IL Medical Centert**<br>**P.O. Box 1447**<br>**Woodstock IL  60098** | | H | services | | | | 2,715.50 |
| ACCOUNT NO.  **B-0422000112**<br>**Centegra-Northern IL Med Center**<br>**c/o Medical Recovery Specialists, Inc.**<br>**2200 E. Devon Ave., Sujite 288**<br>**Des Plaines IL  60018-4519** | | W | services | | | | 820.50 |
| ACCOUNT NO.  **530686**<br>**Center for Neurology**<br>**c/o ACC International**<br>**919 Estes Ct.**<br>**Schaumburg IL  60193-4427** | | | services | | | | 545.00 |

Sheet no. _9_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$6,927.39** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .  Case No. _____

      Debtor                                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CONKE010** <br><br> **Chest & Sleep Medicine Assoc** <br> **c/o Dr. Dennis Hoffman** <br> **50 S. Milwaukee Ave., #104** <br> **Lake Villa IL  60046** | | W | services | | | | 62.00 |
| ACCOUNT NO.  **330385065** <br><br> **Cobra Collections** <br> **P.O. Box 4820** <br> **Springfield IL  62708** | | H | services | | | | 2,360.22 |
| ACCOUNT NO.  **327820** <br><br> **Condell Acute Care** <br> **c/o Certified Services, Inc.** <br> **P.O. Box 177** <br> **Waukegan IL  60079-0177** | | W | services | | | | 171.00 |
| ACCOUNT NO.  **318166** <br><br> **Condell Acute Care** <br> **c/o Certified Services, Inc.** <br> **P.O. Box 177** <br> **Waukegan IL  60079-0177** | | W | services | | | | 36.80 |
| ACCOUNT NO.  **582191** <br><br> **Condell Acute Care Centers** <br> **c/o Computer Credit Inc.** <br> **640 W. 4th St.  P.O. Box 5238** <br> **Winston-Salem NC  27113-5238** | | W | services | | | | 71.92 |

Sheet no.  10  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| $2,701.94 |
|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No. _____
      Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1074216**<br>**Condell Medical Center**<br>**c/o Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan IL  60079** | | W | services | | | | 247.97 |
| ACCOUNT NO. **274*243724.1**<br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr.**<br>**Suite 1895**<br>**Chicago IL  60675-1895** | | W | services | | | | 55.00 |
| ACCOUNT NO. **01500**<br>**Delany Dental Care Ltd**<br>**1810 Delany Rd**<br>**Gurnee IL  60031** | | H | services | | | | 363.79 |
| ACCOUNT NO. **1001163**<br>**Delany Dental Care Ltd.**<br>**1810 Delany Rd.**<br>**Gurnee IL  60031** | | W | services | | | | 1,488.96 |
| ACCOUNT NO. **1001383**<br>**Delany Dental Care Ltd.**<br>**1810 Delany Rd.**<br>**Gurnee IL  60031-1263** | | H | services | | | | 108.00 |

Sheet no. 11 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)      **$2,263.72**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                **Kerri Lisa Connard**                  .   Case No. _____
          Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5830** <br><br> **Dr. Porter** <br> **c/o Medical Collectors, Inc.** <br> **185 Penny Ave., Suite C** <br> **East Dundee IL  60118** | | W | services | | | | **125.00** |
| ACCOUNT NO.  **12-10897709** <br><br> **Dr. Robert Zimmanck, MD** <br> **c/o Advocate Medical Group** <br> **701 Lee St., Sujite 300** <br> **Des Plaines IL  60016** | | H | services | | | | **55.00** |
| ACCOUNT NO.  **12-9823771** <br><br> **Dr. Thomas G. Holmes, MC** <br> **c/o Advocate Medical Group** <br> **701 Lee St., Suite 300** <br> **Des Plaines IL  60016** | | H | services | | | | **68.00** |
| ACCOUNT NO.  **12-10751489** <br><br> **Dr. Thomas G. Holmes, MD** <br> **c/o Advocate Medical Group** <br> **701 Lee St., Suite 300** <br> **Des Plaines IL  60016** | | H | services | | | | **83.00** |
| ACCOUNT NO.  **12-10652799** <br><br> **Dr. Thomas G. Holmes, MD** <br> **c/o Advociate Medical Group** <br> **701 Lee St., Suite 300** <br> **Des Plaines IL  60016** | | H | services | | | | **55.00** |

Sheet no. _12_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$386.00** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    Case No. _____
_____                    _____
Debtor                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **12-10951381**<br>**Dr. Thomas G. Holmes, MD**<br>**c/o Advocate Medical Group**<br>**701 Lee St., Suite 300**<br>**Des Plaines IL  60016** | | H | services | | | | 75.00 |
| ACCOUNT NO.  **12-10780225**<br>**Dr. Thomas G. Holmes, MD**<br>**c/o Advocate Medical Group**<br>**701 Lee St., Suite 300**<br>**Des Plaines IL  60016** | | H | services | | | | 70.00 |
| ACCOUNT NO.<br>**Drs. Rosen & Baird**<br>**2504 Washington St.**<br>**Waukegan IL  60085** | | W | services | | | | 400.00 |
| ACCOUNT NO.  **59966**<br>**Emergency Specialists of Illinois**<br>**1324 N. Sheridan Rd.**<br>**Waukegan IL  60085** | | W | services | | | | 28.60 |
| ACCOUNT NO.  **1975314**<br>**Empi**<br>**599 Cardigan Rd.**<br>**St. Paul MN  55126** | | H | services | | | | 13.92 |

Sheet no. _13_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$587.52** | |
| | |

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**            .  Case No. _____
        **Debtor**                                                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **004268488**<br>**Enterprise Rent A Car**<br>**c/o American Recovery Systems Inc.**<br>**1699 Wall St., Suite 300**<br>**Mt. Prospect IL  60056-5788** | | H | **consumer** | | | | **250.00** |
| ACCOUNT NO.  **14155**<br>**Eye Care Center of Lake County**<br>**2424 Washington St., Suite 211**<br>**Waukegan IL  60085-5074** | | W | **services** | | | | **31.75** |
| ACCOUNT NO.  **31070**<br>**Eye Care Center of Lake County**<br>**2424 Washington St., Suite 211**<br>**Waukegan IL  60085-5074** | | H | **services** | | | | **55.00** |
| ACCOUNT NO.  **12598**<br>**Eye Care of Lake County**<br>**2424 Washington St., Suite 211**<br>**Waukegan IL  60085-5074** | | W | **services** | | | | **80.00** |
| ACCOUNT NO.  **05 015781170**<br>**Farmers Insurance Group**<br>**c/o Credit Collection Services**<br>**2 Wells Ave.**<br>**Newton MA  02459** | | H | **services** | | | | **64.58** |

Sheet no. _14_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)       **$481.33**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Ralph Eugene Connard_____ __Kerri Lisa Connard_____, Case No. _____
          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **18329**<br>**Fox Lake Police Department**<br>**c/o Armor System Corp.**<br>**2322 N. Green Bay Rd.**<br>**Waukegan IL  60087-4209** | | W | services | | | | 70.00 |
| ACCOUNT NO.   **5337MPM**<br>**Gary A. Magee, M.D.**<br>**8135 N. Milwaukee Ave.**<br>**Niles IL  60714** | | H | services | | | | 173.00 |
| ACCOUNT NO.   **7388MPMTC**<br>**Gary A. Magee, M.D.**<br>**c/o Tri-County Accounts Bureau**<br>**P.O. Box 515**<br>**Wheaton IL  60189-0515** | | W | services | | | | 149.60 |
| ACCOUNT NO.   **7012MPMTC**<br>**Gary A. Magee, M.D.**<br>**c/o Tri-County Accounts Bureau**<br>**P.O. Box 515**<br>**Wheaton IL  60189--0515** | | H | services | | | | 119.12 |
| ACCOUNT NO.   **7656MPMTC**<br>**Gary A. Magee, M.D.**<br>**c/o Tri-County Accounts Bureau**<br>**P.O. Box 515**<br>**Wheaton IL  60189-0515** | | W | services | | | | 232.00 |

Sheet no. _15_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| |
|---|
| **$743.72** |
| |

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**          **Kerri Lisa Connard**          .  Case No. _____
                    Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7911MPMTC** <br><br> **Gary A. Magee, M.D.** <br> **c/o Tri-County Accounts Bureau** <br> **P.O. Box 515** <br> **Wheaton IL  60189-0515** | | H | **services** | | | | 710.00 |
| ACCOUNT NO.   **5413MPM** <br><br> **Gary A. Magee, M.D.** <br> **8135 N. Milwaukee Ave.** <br> **Niles IL  60714** | | H | **services** | | | | 48.20 |
| ACCOUNT NO.   **5497MPMTC** <br><br> **Gary A. Magee, M.D.** <br> **c/o Tri-County Accounts Bureau** <br> **P.O. Box 515** <br> **Wheaton IL  60189-0515** | | W | **services** | | | | 167.88 |
| ACCOUNT NO.   **60026456-8** <br><br> **Good Shepherd Hospital** <br> **450 W. Highway 22** <br> **Barrington, IL 60010** | | W | **services** | | | | 466.00 |
| ACCOUNT NO.   **30180302-9** <br><br> **Good Shepherd Hospital** <br> **450 W. Highway 22** <br> **Barrington, IL 60010** | | W | **services** | | | | 41.17 |

Sheet no.  16  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$1,433.25

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Ralph Eugene Connard_____ __Kerri Lisa Connard_____. Case No. _____
        **Debtor**                                                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **602676454** <br><br>**Good Shepherd Hospital 450 W. Highway 22 Barrington, IL 60010** | | W | services | | | | **235.42** |
| ACCOUNT NO.  **60102105-8** <br><br>**Good Shepherd Hospital 450 W. Highway 22 Barrington, IL 60010** | | W | services | | | | **11.05** |
| ACCOUNT NO.  **036352a** <br><br>**Gurnee Radiology Center c/o Certified Services P.O. Box 177 Waukegan IL  60079-0177** | | W | services | | | | **140.72** |
| ACCOUNT NO.  **03-09885-0** <br><br>**Horizons Behavioral Health c/o Welsz Michling Hoffman 2030 N. Seminary Ave. Woodstock IL  60098** | | | services | | | | **300.00** |
| ACCOUNT NO.  **1534412** <br><br>**Kenosha Emergency Physicians c/o Omni Credit Services, Inc. 333 Bishops Way, Suite 100 Brookfield WI  53005-6209** | | W | services | | | | **268.00** |

Sheet no. _17_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| | **$955.19** |
| | |

Form B6F - Cont.
(12/03)

In re   **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    Case No. _____
_____Debtor_____                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **P094266** <br><br>**Lake County** <br>**29278 N. Highway 83** <br>**Mundelein IL  60060** | | W | **services** | | | | **119.00** |
| ACCOUNT NO.   **-575776** <br><br>**Lake County Health Department** <br>**c/o Certified Services, Inc.** <br>**P.O. Box 177** <br>**Waukegan IL  60079-0177** | | W | **services** | | | | **153.00** |
| ACCOUNT NO.   **-587916** <br><br>**Lake County Health Department** <br>**c/o Certified Services, Inc.** <br>**P.O. Box 177** <br>**Waukegan IL  60079-0177** | | W | **services** | | | | **119.00** |
| ACCOUNT NO.   **0000151725** <br><br>**Lake County Mental Health** <br>**3012 Grand Ave.** <br>**Waukegan IL  60085** | | W | **services** | | | | **63.44** |
| ACCOUNT NO.   **LAK 599606** <br><br>**Lake Forest Emergency Physicians** <br>**75 Remittance Dr.** <br>**Chicago IL  60675-1951** | | W | **services** | | | | **200.00** |

Sheet no. _18_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | **$654.44** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **42666552**<br>**Lake Forest Hospital**<br>**c/o Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago IL  60604** | | | services | | | | 2,206.00 |
| ACCOUNT NO. **123-1-0000310246**<br>**Lake Shore Pathologists, S.C.**<br>**520 E. 22nd St.**<br>**Lombard IL  60148** | | W | services | | | | 333.00 |
| ACCOUNT NO. **404-1-0000277251**<br>**Lake/McHenry Pathology Associates**<br>**641 E. Butterfield Rd., Suite 407**<br>**Lombard IL  60148** | | W | services | | | | 198.00 |
| ACCOUNT NO. **-556424**<br>**Lindenhurst Anesthesia LLC**<br>**c/o Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan IL  60079-0177** | | W | services | | | | 147.34 |
| ACCOUNT NO. **327820**<br>**Lindenhurst Anesthesia, LLC**<br>**c/o Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan IL  60079-0177** | | W | services | | | | 171.00 |

Sheet no. _19_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $3,055.34

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .    Case No. _____
_____Debtor_____                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **582191** | | **W** | | | | | **69.10** |
| **Lindenhurst Anesthesia, LLC c/o Certified Services, Inc P.O. Box 177 Waukegan IL  60079-0177** | | | services | | | | |
| ACCOUNT NO.   **036352a** | | **W** | | | | | **135.07** |
| **Lindenhurst Anesthesia, LLC c/o Certified Services, Inc. P.O. Box 177 Waukegan IL  60079-0177** | | | services | | | | |
| ACCOUNT NO.   **318166** | | **W** | | | | | **36.80** |
| **Lindenhurst Anesthesia, LLC c/o Certified Services, Inc. P.O. Box 177 Waukegan IL  60079-0177** | | | services | | | | |
| ACCOUNT NO.   **1074216** | | **W** | | | | | **238.85** |
| **Lindenhurst Anesthesia, LLC c/o Certified Services, Inc. P.O. Box 177 Waukegan IL  60079-0177** | | | services | | | | |
| ACCOUNT NO.   **1481** | | **W** | | | | | **35.85** |
| **Lindsey Chiropractic P.O. Box 120-28070  Rt. 176 Island Lake IL  60042-0120** | | | services | | | | |

Sheet no.  20  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

$515.67

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard** _____ **Kerri Lisa Connard** _____ . Case No. _____

Debtor _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   000004589<br><br>**LMG The Family Doctors**<br>P.O. Box 77-6512<br>Chicago IL  60678-6512 | | H | services | | | | 625.33 |
| ACCOUNT NO.   308621929<br><br>**Lutheran General**<br>1775  Dempster St.<br>Park Ridge IL  60068 | | H | services | | | | 975.65 |
| ACCOUNT NO.   305154759<br><br>**Lutheran General**<br>1775  Dempster St.<br>Park Ridge IL  60068 | | H | services | | | | 704.12 |
| ACCOUNT NO.   1562<br><br>**M. Krischke, D.D.S.**<br>c/o The Bureaus, Inc.<br>1717 Central St.<br>Evanston IL  60204 | | W | services | | | | 472.00 |
| ACCOUNT NO.   30003479256910<br><br>**Marshall Fields**<br>c/o Asset Acceptance Corp.<br>P.O. Box 318035<br>Cleveland OH  44131-8035 | | H | consumer | | | | 1,465.80 |

Sheet no. 21 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$4,242.90

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re   **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .   Case No. _____
_____Debtor_____                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B0314100233** <br><br> **McHenry Radiologists** <br> **c/o A/R Concepts, Inc.** <br> **2320 Dean St., Suite 202** <br> **St. Charles IL  60175** | | **W** | services | | | | **255.00** |
| ACCOUNT NO. **B0422000112** <br><br> **McHenry Radiologists** <br> **c/o A/R Concepts Inc.** <br> **33 W. Higgins Rd., Suite 715** <br> **South Barrington IL  60010** | | **W** | services | | | | **46.00** |
| ACCOUNT NO. **B0207100319** <br><br> **McHenry Radiologists & Imaging Assoc.** <br> **P.O. Box 220** <br> **McHenry IL  60051** | | **W** | services | | | | **6.40** |
| ACCOUNT NO. **B0324000314** <br><br> **McHenry Radiologists and Imaging** <br> **P.O. Box 220** <br> **McHenry IL  60051** | | **H** | services | | | | **2.54** |
| ACCOUNT NO. **95366** <br><br> **Michael G. Durbin, D.D.S.** <br> **Robert T. Sven, D.D.S.** <br> **439 Lake St.** <br> **Antioch IL  60002** | | **W** | services | | | | **208.00** |

Sheet no. _22_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)      **$517.94**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**          .   Case No. _____
　　　　　　　　Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **704220001124 0326183** <br><br> **Moraine Emergency Physicians c/o NCO Financial Systems Inc. 507 Prudential Rd. Horsham PA  19044** | | W | services | | | | 254.00 |
| ACCOUNT NO.  **703141002336 0202029** <br><br> **Moraine Emergency Physicians c/o NCO Financial Systems 507 Prudential Rd. Horsham PA  19044** | | | services | | | | 534.00 |
| ACCOUNT NO.  **70SG1Q** <br><br> **Moraine Emergency Physicians c/o NCO Financial Systems, Inc. 507 Prudential Rd. Horsham PA  19044** | | H | services | | | | 25.81 |
| ACCOUNT NO.  **765*52045** <br><br> **N Illinois Radiological Assoc. P.O. Box 347 Waukegan IL  60079-0347** | | H | services | | | | 25.00 |
| ACCOUNT NO.  **513930412** <br><br> **Nicor Gas c/o Arrow Financial Service 5996 W. Touhy Ave. Niles IL  60714** | | | consumer | | | | 413.27 |

Sheet no. _23_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$1,252.08** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    Case No. _____
            Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **76538875** <br><br>**North Illinois Radiological Assoc.** <br>**c/o AR Resources, Inc.** <br>**P.O. Box 10336** <br>**Jacksonville FL  32247** | | W | services | | | | 108.08 |
| ACCOUNT NO. **765830091** <br><br>**North Illinois Radiological Associates** <br>**c/o AR Resources, Inc.** <br>**P.O. Box 10336** <br>**Jacksonville FL  32247** | | W | services | | | | 31.00 |
| ACCOUNT NO. **83-6305940** <br><br>**Northeast Radiology Assoc.** <br>**P.O. Box 3837** <br>**Springfield IL  62708-3837** | | W | services | | | | 95.00 |
| ACCOUNT NO. **B0115200374** <br><br>**Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | 875.20 |
| ACCOUNT NO. **B0030600763** <br><br>**Northern IL Medical Center** <br>**P.O. Box 1447** <br>**Woodstock IL  60098** | | H | services | | | | 436.50 |

Sheet no. 24 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$1,545.78

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**        **Kerri Lisa Connard**      .   Case No. _____

         Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B0109100602** <br><br> **Northern IL Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL 60098** | | H | services | | | | 970.00 |
| ACCOUNT NO. **21400419** <br><br> **Northern IL Medical Center** <br> **c/o Computer Credit, Inc.** <br> **640 W. 4th St., P.O. Box 5238** <br> **Winston-Salem NC 27113-5238** | | H | services | | | | 776.00 |
| ACCOUNT NO. **112100471** <br><br> **Northern Illinois Medical Center** <br> **c/o Computer Credit, Inc.** <br> **640 W. 4th St., P.O. Box 5238** <br> **Winston-Salem NC 27113-5238** | | H | services | | | | 174.60 |
| ACCOUNT NO. **1547308** <br><br> **Northern Illinois Medical Center** <br> **P.O. Box 1447** <br> **Woodstock IL 60098-1447** | | H | services | | | | 128.00 |
| ACCOUNT NO. **01011111252045** <br><br> **Northern Illinois Radiological Assoc.** <br> **c/o Armor Systems Corp.** <br> **2322 N. Green Bay Rd.** <br> **Waukegan IL 60087-4209** | | H | services | | | | 30.00 |

Sheet no. _25_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       Subtotal ➤      **$2,078.60**

(Total of this page)

                                                          Total ➤

(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    Case No.
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **WC-1341-0044**<br>**Northwest Metropolitan Oakmill Mall c/o Credit Management Services P.O. Box 91870 Elk Grove IL  60009** | | | services | | | | 1,496.00 |
| ACCOUNT NO.  **13539191**<br>**Northwestern Med Faculty Foundation c/o RPM, Inc. 2800 S. River Rd., Suite 450 Des Plaines IL  60018-6090** | | W | services | | | | 260.00 |
| ACCOUNT NO.  **13319793**<br>**Northwestern Med Faculty Foundation c/o RPM, Inc. 2800 S. River Rd., Suite 450 Des Plaines IL  60018-6090** | | H | services | | | | 394.66 |
| ACCOUNT NO.  **3-08254428**<br>**Northwestern Medical Faculty Foundation P.O. Box 75494 Chicago IL  60675-5494** | | W | services | | | | 142.00 |
| ACCOUNT NO.  **13202850**<br>**Northwestern Medical Faculty Foundation c/o RPM, Inc. 2800 S. River Rd.. Des Plaines IL  60018-6090** | | W | services | | | | 678.00 |

Sheet no. 26 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$2,970.66

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**        .    Case No. _____
      **Debtor**                                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **13853458**<br>**Northwestern Medical Faculty Foundation**<br>**c/o RPM, Inc.**<br>**P.O. Box 830913**<br>**Birmingham AL  35283-0913** | | H | **services** | | | | **123.00** |
| ACCOUNT NO.  **000059023895**<br>**Northwestern Memorial Hospital**<br>**c/o RPM. Inc.**<br>**P.O. Box 839013**<br>**Birmingham AL  35283-0913** | | W | **services** | | | | **439.00** |
| ACCOUNT NO.  **004268488**<br>**Old Kent Bank**<br>**c/o American Recovery Systems**<br>**1699 Wall St.  Suite 300**<br>**Mt. Prospect IL  60056** | | H | **consumer** | | | | **254.50** |
| ACCOUNT NO.  **56374**<br>**Orthopaedic Surgery Specialists**<br>**P.O. Box 5020**<br>**Woodridge IL  60517** | | H | **services** | | | | **512.40** |
| ACCOUNT NO.  **432883**<br>**Professional Building Pharmacy**<br>**c/o Progressive Recovery Techniques**<br>**P.O. Box 805030**<br>**Chicago IL  60680-4111** | | W | **services** | | | | **144.25** |

Sheet no. <u>27</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$1,473.15**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .  Case No.
              Debtor                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **DE0011029769** <br><br> **Provena Saint Therese Medical Center** <br> **2175 W. Oneida** <br> **Joliet IL  60435** | | W | servkces | | | | **287.70** |
| ACCOUNT NO.  **12504480698** <br><br> **Quest Diagnostics** <br> **P.O. Box 64500** <br> **Baltimore MD  21264-4500** | | H | services | | | | **10.50** |
| ACCOUNT NO.  **CCH 12189456173** <br><br> **Quest Diagnostics Inc.** <br> **c/o AMCA Collection Agency** <br> **2269 South Saw Mill River Rd., Bldg. 3** <br> **Elmsford NY  10523** | | W | services | | | | **114.70** |
| ACCOUNT NO.  **CCH 12571671553** <br><br> **Quest Diagnostics Inc.** <br> **c/o AMCA Collection Agency** <br> **2269 S. Saw Mill River Rd., Bldg 3** <br> **Elmsford NY  10523** | | W | services | | | | **228.80** |
| ACCOUNT NO.  **CCH 12164198577** <br><br> **Quest Diagnostics Inc.** <br> **c/o AMCA Collection Agency** <br> **2269 S. Saw Mill River Rd., Suite 3** <br> **Elmsford NY  10523** | | W | services | | | | **51.85** |

Sheet no.  28  of  33  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤           (Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | **$693.55** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**_____ **Kerri Lisa Connard**_____,  Case No. _____
       Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **126126559676** <br><br> **Quest Diagnostics Inc.** <br> **c/o AMCA Collection Agency** <br> **2269 S. Saw Mill River Rd., Bldg. 3** <br> **Elmsford NY  10523** | | | services | | | | **424.50** |
| ACCOUNT NO.  **ORTHO** <br><br> **Robert T. Sven, DDS** <br> **c/o Armor Systems Corporation** <br> **2322 N. Green Bay Rd** <br> **Waukegan IL  60087-3000** | | W | services | | | | **390.90** |
| ACCOUNT NO.  **5528267** <br><br> **Safeway** <br> **P.O. Box 29239** <br> **Phoenix AZ  85038-9239** | | W | consumer | | | | **228.26** |
| ACCOUNT NO.  **WC 2-3064-0537** <br><br> **Sharyl M. Balkin, M.D.** <br> **c/o Credit Management Services** <br> **25 Northwest Point Blvd., Suite 750** <br> **Elk Grove Village IL  60009** | | W | services | | | | **395.00** |
| ACCOUNT NO.  **1030530** <br><br> **Superior Paving Inc.** <br> **P.O. Box 98** <br> **Fox Lake IL  60020** | | H | consumer | | | | **705.00** |

Sheet no. _29_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$2,143.66**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**              **Kerri Lisa Connard**          .  Case No.
_____
             Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **043170-00**<br><br>**The Doctors Offices of Zion**<br>**Lake Villa & Waukegan**<br>**2606 Elisa Ave.**<br>**Zion IL  60099** | | W | services | | | | **110.00** |
| ACCOUNT NO.<br><br>**The Law Offices of Robert T. Edens, P.C.**<br>**1478 Main St.**<br>**Antioch IL  60002** | | W | services | | | | **791.00** |
| ACCOUNT NO. **398929**<br><br>**United Hospital System**<br>**c/o Oliver Adjustment Co**<br>**3917 47th Ave.**<br>**Kenosha WI  53144-1956** | | W | services | | | | **1,390.09** |
| ACCOUNT NO. **02-041380090**<br><br>**United Hospital System, Inc.**<br>**c/o Oliver Adjustment Company**<br>**3917 47th Ave.**<br>**Kenosha WI  53144** | | W | services | | | | **1,380.65** |
| ACCOUNT NO. **08 006774089**<br><br>**US Cellular**<br>**c/o Credit Collection Services**<br>**2 Wells Ave**<br>**Newton MA  02459** | | H | consumer | | | | **470.22** |

Sheet no. <u>30</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢
(Total of this page)

Total  ➢
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$4,141.96** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .    Case No. _____
　　　　　Debtor                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **55633038-5065-CONNA**<br><br>**VA Medical Center**<br>**3001 Green Bay Rd.**<br>**North Chicago IL  60064-3060** | | H | services | | | | 45.80 |
| ACCOUNT NO.   **830091**<br><br>**Victory Memorial Hospital**<br>**1324 N. Sheridan Rd.**<br>**Waukegan IL  60085** | | W | services | | | | 204.58 |
| ACCOUNT NO.   **000362563**<br><br>**Village of Fox Lake**<br>**c/o AAM, Inc.**<br>**330 Georgetown Sq., Suite 104**<br>**Wood Dale IL  60191** | | W | services | | | | 740.00 |
| ACCOUNT NO.   **2104**<br><br>**Vista Health-St Therese Medical Ctr**<br>**2615 Washington St.**<br>**Waukegan IL  60085** | | W | services | | | | 490.00 |
| ACCOUNT NO.   **38631**<br><br>**Vista Surgery & Treatment Center**<br>**1050 Red Oak Lane**<br>**Lindenhurst IL  60046** | | W | services | | | | 44.40 |

Sheet no. __31__ of __33__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$1,524.78**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Ralph Eugene Connard**                    **Kerri Lisa Connard**          .   Case No. _____
_____Debtor_____                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **38875**<br><br>**Vista Surgery & Treatment Center<br>1050 Red Oak Lane<br>Lindenhurst IL  60046** | | W | **services** | | | | **106.90** |
| ACCOUNT NO.   **2865**<br><br>**Vista Surgery & Treatment Center<br>1050 Red Oak Lane<br>Lindenhurst IL  60046** | | W | **services** | | | | **69.75** |
| ACCOUNT NO.   **678240**<br><br>**Vista Surgery & Treatment Center<br>1050 Red Oak Lane<br>Lindenhurst IL  60046** | | W | **services** | | | | **131.22** |
| ACCOUNT NO.   **38868**<br><br>**Vista Surgery & Treatment Centert<br>1050 Red Oak Lane<br>Lindenhurst IL  60046** | | W | **services** | | | | **47.39** |
| ACCOUNT NO.   **4272113607**<br><br>**We-Energies<br>c/o Arrow Financial Services<br>5996 W. Touhy Ave.<br>Niles IL  60714** | | W | **services** | | | | **2,243.73** |

Sheet no. _32_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$2,598.99** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No. _____
　　　　　Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20503**<br>**William E. Woods, M.D., S.C.**<br>**4343 Grand Ave., Suite 206**<br>**Gurnee IL  60031** | | W | services | | | | 10.06 |
| ACCOUNT NO. **124861**<br>**Zion Clinic, S.C.**<br>**3115 Lewis Ave**<br>**Zion IL  60099** | | H | services | | | | 88.50 |

Sheet no. 33 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     **$98.56**

Total ➤     **$74,609.31**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Ralph Eugene Connard**                                **Kerri Lisa Connard**                    ,    **Case No.**    _____
                                   **Debtor**                                                                                                      **(If known)**

# SCHEDULE H - CODEBTORS

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(12/03)

**In re**   **Ralph Eugene ConnardKerri Lisa Connard**                                    ,   **Case No.** _____

          Debtor                                                                                                **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:   **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **son** | **14** |
| | **daughter** | **17** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation          **disability** | | **unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| **Income**: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify)   **IMRF net** | $ | 3,020.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify)   **social security disability** | $ | 1,655.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 4,675.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME          **$ 4,675.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    **children receive social security survivorship benefits.  They have not been included in the above budget.**

Form B6J
(6/90)

In re   **Ralph Eugene ConnardKerri Lisa Connard**                          ,   Case No.
          Debtor                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|--:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,853.00 |
| Are real estate taxes included?   Yes ✓   No | | |
| Is property insurance included?   Yes ✓   No | | |
| Utilities   Electricity and heating fuel | $ | 310.00 |
| Water and sewer | $ | 55.00 |
| Telephone | $ | 60.00 |
| Other   **cable** | $ | 35.00 |
| **internet** | $ | 30.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 600.00 |
| Clothing | $ | 20.00 |
| Laundry and dry cleaning | $ | 45.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 22.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 85.00 |
| Health | $ | 0.00 |
| Auto | $ | 75.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **school expenses** | $ | 50.00 |
| **school lunches** | $ | 120.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,010.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|--:|
| A. Total projected monthly income | $ | 4,675.00 |
| B. Total projected monthly expenses | $ | 4,010.00 |
| C. Excess income (A minus B) | $ | 665.00 |
| D. Total amount to be paid into plan each        **Monthly** | $ | 1,000.00 |
| (interval) | | |

Official Form 6 - Cont .
(12/03)

In re: **Ralph Eugene Connard**                    **Kerri Lisa Connard**                    .        Case No. _____

        **Debtor**                                                                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**47**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **9/22/2005** _____        Signature:  **s/ Ralph Eugene Connard** _____
                                               **Ralph Eugene Connard**

Date:  **9/22/2005** _____        Signature:  **s/ Kerri Lisa Connard** _____
                                               **Kerri Lisa Connard**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Ralph Eugene Connard**          **Kerri Lisa Connard**          Case No. _____

**5065**                                   **6036**                        Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 40,500.00 | IMRF | 2003 |
| 1,984.00 | ss disability | 2003 |
| 20,251.00 | SS disability | 2004 |
| 14,000.00 | chidren's ss survivor | 2004 |
| 41,296.00 | IMRF | 2004 |
| 24,160.00 | IMRF | 2005 |
| 13,200.00 | SS Disability | 2005 |
| 16,384.00 | Children's ss survivor | 2005 |

## 3.  Payments to creditors

None
☑

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12
or chapter 13 must include payments by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year**
immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deutsche Bank v. Connard 05 CH 284** | **forclosure** | **Lake Co.  IL** | **pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable
process within **one year** immediately preceding the commencement of this case.  (Married debtors
filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deutche Bank** | | **219,000.00 208 Devlin Rd, Ingleside** |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel K. Robin Ltd.**<br>**121 S. Wilke Rd. #201**<br>**Arlington Heights IL 60005** | | **$2,400.00** |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                          DATES OF OCCUPANCY

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a.       If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **9/22/2005**                         Signature of Debtor    **s/ Ralph Eugene Connard**
                                                                    **Ralph Eugene Connard**

Date  **9/22/2005**                         Signature of Joint Debtor    **s/ Kerri Lisa Connard**
                                                                         **Kerri Lisa Connard**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| In re: | **Ralph Eugene Connard** | **Kerri Lisa Connard** | Case No. | _____ |
|---|---|---|---|---|
| | | | Chapter | **13** |

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,400.00** |
| Prior to the filing of this statement I have received | $ | **2,400.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☒ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **per written agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **9/22/2005**

**s/DanielKRobin**
**Daniel K. Robin, Bar No.  2354705**

**Daniel K. Robin Ltd.**
Attorney for Debtor(s)

---