UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 39359
  RALPH EUGENE CONNARD
  KERRI LISA CONNARD                      CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-5065    SSN XXX-XX-6036

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/22/05 .

     2.  The case was dismissed without confirmation, 09/15/2006.

     3.  The Debtor paid a total of $   7315.00 .

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AMINA M RAHIM | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| APRIA HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| APRIA HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| APRIA HEALTHCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| APRIA HEALTHCARE INC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| APRIA HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| A-TEC AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| BRUCE TEIPEL DDS | UNSECURED | NOT FILED | .00 | .00 |
| CARING MEDICAL & REHAB | UNSECURED | NOT FILED | .00 | .00 |
| CASTLE GARDENS LANDSCAPI | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |

| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CHEST & SLEEP MEDICINE A | UNSECURED | NOT FILED | .00 | .00 |
| COBRA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DELANY DENTAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| DELANY DENTAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| DELANY DENTAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTORS INC | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MERWIN B ROSEN MD | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY SPECIALISTS OF | UNSECURED | NOT FILED | .00 | .00 |
| EMPI INC | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RECOVER SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FOX LAKE POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| HORIZONS BEHAVIORAL HEAL | UNSECURED | NOT FILED | .00 | .00 |
| KENOSHA EMERGENCY PHYCIS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE MCHENRY PATHOLOGY A | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDENHURST ANESTHESIA L | UNSECURED | NOT FILED | .00 | .00 |
| LINDSEY CHIROPRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| LMG THE FAMILY DOCTORS | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGISTS & I | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT T SVEN DDS | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN IL RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHEAST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPEDIC SURGERY SPECI | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE RECOVERY TEC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVENA ST THERESE MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT T SVEN DDS | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR PAVING | UNSECURED | NOT FILED | .00 | .00 |
| DOCTORS OFFICE OF ZION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROBERT T EDENS ESQ | UNSECURED | NOT FILED | .00 | .00 |
| UNITED HOSPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| UNITED HOSPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| VA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOX LAKE | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER WES | UNSECURED | NOT FILED | .00 | .00 |
| VISTA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| VISTA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| VISTA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| VISTA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| VISTA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| WE ENERGIES | UNSECURED | NOT FILED | .00 | .00 |
| WILLIAM E WOODS MD | UNSECURED | NOT FILED | .00 | .00 |
| ZION CLINIC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DANIEL K ROBIN          , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $   7315.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

PAGE   5
CASE NO. 05 B 39359 RALPH EUGENE CONNARD & KERRI LISA CONNARD